IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARLON K. JACKSON, JR.**                                                    **PLAINTIFF**

**v.**                                       **CAUSE NO. 1:13CV454-LG-RHW**

**CITY OF WAVELAND, et al.**                                      **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This matter having come on to be heard on the Motion for Summary Judgment [106] filed by the City of Waveland, Mississippi, the Waveland Board of City and Aldermen, the City of Bay St. Louis, the Bay St. Louis City Council, the Waveland Police Department, David Allen, Mac Cowand, Travis Foreman, H. Bouganim, D. Archer, H. O'Gwin, and Mary Coster, the Court, after a full review and consideration of the defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the City of Waveland, Mississippi, the Waveland Board of City and Aldermen, the City of Bay St. Louis, the Bay St. Louis City Council, the Waveland Police Department, David Allen, Mac Cowand, Travis Foreman, H. Bouganim, D. Archer, H. O'Gwin, and Mary Coster pursuant to Fed. R. Civ. P. 56.  Marlon K. Jackson, Jr.'s claims against these defendants are hereby **DISMISSED WITH PREJUDICE**.  In accordance with Fed. R. Civ. P. 54(d)(1), these defendants are entitled to recover costs from Jackson.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Marlon K. Jackson,

Jr.'s claims against Tamas Filippi and John and Jane Does A-Z are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 22nd day of September, 2015.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE